### PARKER, Assignee, v. HAZZARD.

Supreme Court.   July and August, 1792.

*Wilson's Red Book, 1.*

Motion for change of venue on affidavit that he thinks he cannot have a fair trial.   Books cited for the change by plaintiff:   2 Str. 874, 3 Bl.Comm. 294, 3 Burr. 1564, 1 Wils. 298.   Were cited against the change:   3 Burr. 1331, 2 Salk. 668, 2 Bl.R. 1066, Imp. K.B. 161, 2 Str. 1162.   The venue was changed to Kent, where the cause was tried; verdict for defendant and the bond proved a vile forgery.

### ANONYMOUS.

Supreme Court.   July and August, 1792.

*Wilson's Red Book, 1.*

Motion for an attachment on proof of nonobedience to a writ of *estrepement*.

Objected it should be a rule to show cause.   Books cited for the rule and against the attachment's issuing at once:   2 Bl.Comm. 892, 1 Burr. last page.   For the attachment were cited: 2 Wils. 137,[1] 1 Str. 185, 1 Wils. 332.

Attachment awarded.

*N.B.*   On affidavit of a contempt of process, attachment issues without a rule to show cause.   *Vide* 2 Wils. 227, 1 Bl.Comm. 637.

---

[1] In the manuscript this page number appears as "637," but there is no such page, and 137 is plainly intended.